JIM D. SMITH
ATTORNEY AT LAW
221 S. Second Avenue
Yuma, Arizona 85364
Telephone: (928) 783-7809
Attorney No. 2661

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re: ) Chapter 7
) Case No. B-10-04640-YUM-JMM
ANDREA BARTLETT, )
) APPLICATION TO PAY DIVIDEND
) LESS THAN $5.00 TO THE CLERK
Debtor. ) OF THE U.S. BANKRUPTCY COURT
)

JIM D. SMITH, Trustee, reports that the following dividend in amount less than $5.00 was declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend not be distributed to the creditor, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | American Infosource Lp As Agent for World Financial Network National Bank As Express, PO Box 24887, Oklahoma City, OK 73124-8872 | $ 2.25 |
| 2 | American Infosource Lp As Agent for World Financial Network National Bank As Victoria's Secret, PO Box 24887, Oklahoma City, OK 73124-8872 | $ 0.71 |
| 5 | Chase Bank USA, N.A., c/o Creditors Bankruptcy Service, P O Box 740933, Dallas, TX 75374 | $ 1.73 |

    4-21-11                           /s/ Jim D. Smith
     DATE                               JIM D. SMITH, TRUSTEE

*F:\MyFiles\bartlett.andrea.pay.dividends.Clerk.motion.wpd*